# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

## <u>REPORT OF UNCLAIMED FUNDS</u>

| CASE NO | DEBTOR(S) | AMT | CHECK NO | DATE | PAYEE & ADDRESS |
|---------|-----------|-----|----------|------|-----------------|
| 09-42393 | DAVID R. PARKER | $ 3.34 | 1243927 | 01-29-15 | MELISSA PARKER<br>134 HALEY RD.<br>JACKSON, GA 30233 |
| 09-42947 | MICHEAEL & HEATHER REED | 1.95 | 1244537 | 01-29-15 | WELTMAN WEINBERG &<br>PO BOX 93596<br>CLEVELAND, OH 44101 |
| | | .73 | 1244644 | 01-29-15 | MICHAEL & HEATHER REED<br>PO BOX 335<br>EASTABOGA, AL 36260 |
| 09-43069 | MARVA GARNER | 7.01 | 1243528 | 01-29-15 | ECOMOMY CHECK<br>825 W. MEIGHAN BLVD<br>GADSDEN, AL 35901 |
| 09-43123 | STEVEN BEAN | 51.74 | 1244489 | 01-29-15 | WACHOVIA BANK<br>PO BOX 13765<br>ROANOKE,VA 24037-3765 |
| 09-43176 | MICHAEL & JESSIA WHITE | 12.08 | 1243429 | 01-29-15 | CORR WIRELESS COMM LLC<br>PO BOX 1500<br>ONEONTA, AL 35121 |
| 09-43259 | TERESA CROCKER | $2,426.62 | 1243220 | 01-29-15 | BELLA PROPERTIES<br>148 WINDSOR LN<br>PELHAM, AL 35124 |
| | | 6.33 | 1243299 | 01-29-15 | CASH CONNECTION<br>1111 WAYNE RD. STE 4<br>HUNTSVILLE, AL 35806 |
| 09-43633 | OLINDA & BOBBY STEWARD | 62.09 | 1243332 | 01-29-15 | CHASE TAX RELATED PROD<br>PO BOX 272<br>WORTHINGTON, OH 43085 |
| 10-40068 | JAMES S. STRICKLAND | 1.34 | 1243976 | 01-29-15 | NAT'L AUTO FINANCE<br>5700 CROOKS RD STE 301<br>TROY, MI 48098 |
| 10-40184 | JERRY $ JANICE COLLIER | 1.00 | 1244598 | 01-29-15 | JERRY & JANICE COLLIER<br>301 CARLTON ST.<br>ATTALL, AL 35954 |
| 10-40186 | CHARLES & MARY HAYNES | 13.70 | 1244073 | 01-29-15 | PHYSICIANS BUSINESS BU<br>620 CHEROKEE BLVD STE 200<br>CHATTANOGA, TN 37405 |
| 10-40336 | LEROY WHITE | 4.28 | 1244662 | 01-29-15 | LEROY WHITE<br>836 SE 33RD ST<br>OKLA CITY, OK 73129 |
| 11-42578 | JEREMY HEATHER GOODWIN | .05 | 1244610 | 01-29-15 | JEREM & HEATH GOODWIN<br>1275 COUNTY RD 76<br>CENTRE, AL 35960 |

| 12-40051 | MICHAEL WILLIAMS | 11.56 | 1242886 | 01-29-15 | UNITED CREDIT RECO<br>PO BOX 953245<br>LAKE MARY, FL 32795 |
| 12-40579 | ERNEST & BRENDA ODEN | 1.73 | 1243862 | 01-29-15 | KIMBERLY MOODY<br>466 CHAPMAN RD<br>GOODWATER, AL 35072 |
| 12-40912 | BEVERY D. HILL | 5.66 | 1241844 | 01-29-15 | HOLLOWAY CREDIT SOL<br>PO BOX 230609<br>MONTGOMERY, AL 36123 |
| 13-42127 | ROBERT A. WALLIS | .28 | 534837 | 1-06-15 | ROBERT A. WALLIS<br>200 W. MCMILLAN ST APT 37<br>TALLADEGA, AL 35160 |

**TOTAL**  $ **2,611.49**

**DATE:**  **05-21-15**

**CHECK NO:**  535137

/s/ Linda B. Gore
**LINDA B. GORE, ESQUIRE**
**STANDING CHAPTER 13 TRUSTEE**
**P.O. Box 1338**
**Gadsden, AL 35902-1338**
**(256) 546-9262**

## CERTIFICATE OF SERVICE

I, Linda B. Gore, Chapter 13 Standing Trustee, do hereby certify that the above document has been filed with the Clerk of the Court and, Thomas Semmes, Esquire at FedECF1@semmesLaw.com, LeRoy A. Cobb, Esquire at cobblawfirm@gmail.com , John W. Jennings, Jr., Esquire john@johnjenningslaw.com , Shavon Richardson, Esquire, at shavon@campbellandcampbellpc.com, Chad Hanson, Esquire at notices@sealhansonllc.com, Marcie Foster, Esquire, at fosterlawoffice@gmail.com, Catherine McCord Bailey, Esquire, at mccordandmartin@comcast.net and Lisa Milner Hancock, Esquire ,at lhanc@charter.net on this 21st day of May, 2015.

   /s/ Linda B. Gore
Linda B. Gore, Trustee